IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN JENNINGS, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>OFFICER WILLIAM BORST, et al.,<br><br>*Defendants.* | Case No. 5:18-cv-05624-JDW |

# ORDER

**AND NOW**, this 16th day of September, 2019, upon consideration of Defendants' Motion to Dismiss (ECF No. 6), for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Counts IX, X, and XII of the Complaint are **DISMISSED**;

2. Counts I, II, V, and VI are **DISMISSED** to the extent those claims are asserted against Defendants in their official capacities; and

3. Defendants' Motion to Dismiss is otherwise **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

1